UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| GARDEN PATH FERMENTATION LLC, <br> FORTIS BREWING COMPANY <br> LLC d/b/a FORTSIDE BREWING, <br> MIRAGE BEER LLC, <br> and JOSEPH ODDEN, <br><br> Plaintiffs, <br><br> vs. <br><br> ELLEN ROSENBLUM, Attorney General <br> of Oregon, <br> MARVIN RÉVOAL, Chairperson of <br> the Oregon Liquor and Cannabis Commission, <br> JENNIFER CURRIN, Commissioner of <br> the Oregon Liquor and Cannabis Commission, <br> DENNIS DOHERTY, Commissioner of <br> the Oregon Liquor and Cannabis Commission, <br> KIAUNA FLOYD, Commissioner of <br> the Oregon Liquor and Cannabis Commission, <br> FAY GYAPONG-PORTER, Commissioner of <br> the Oregon Liquor and Cannabis Commission, <br> and MATT MALETIS, Commissioner of <br> the Oregon Liquor and Cannabis Commission. <br><br> Defendants. | No. 3:22-cv-01086-SI |

**STIPULATION OF DISMISSAL**

The parties to this action, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all claims in this action by all plaintiffs against all defendants, pursuant to an agreed resolution of the matter.

This the __15__ day of May, 2023.

 s/ Judith A. Parker
Judith A. Parker, OSB 064618
judy@winemakerslawyer.com
J. A. Parker Law Firm LLC
PO Box 6555

Portland, OR 97228-0811
503-862-8583
Attorney for Plaintiffs

s/ Robert D., Epstein
Robert D. Epstein, Indiana Bar No. 6726-49
rdepstein@aol.com
EPSTEIN SEIF PORTER & BEUTEL, LLP
50 S. Meridian St., Suite 505
Indianapolis, IN 46204-3530
317-639-1326
Attorney for Plaintiffs

s/ YoungWoo Joh
Young Woo Joh
Assistant Attorney General
Special Litigation Unit, Trial Division
Oregon Department of Justice
youngwoo.joh@doj.state.or.us
503.689.5696
Attorney for Defendants